IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRYSTAL SNOWDEN, | |
| Plaintiff, | 8:22-CV-435 |
| vs. | |
| ORIENTAL TRADING COMPANY, INC., and MARC, last name unknown; | MEMORANDUM AND ORDER |
| Defendants. | |

Plaintiff Crystal Snowden, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing 2. Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 29th day of December, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge